# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Angela T Travis, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>Assured Imaging LLC,<br><br>    Defendant. | NO. CV-20-00390-TUC-JCH<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**, pursuant to the parties' Stipulation of Dismissal with Prejudice, that this case is dismissed with prejudice. Each party will bear its own costs and attorneys' fees.

                                         Debra D. Lucas
                                         District Court Executive/Clerk of Court

June 25, 2021

                                         s/ A. Calderón
                              By   Deputy Clerk